UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN RAINWATER,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF OKLAHOMA *ex rel.* THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA; JASON SANDERS, individually, and in his official capacity as the Senior Vice President and Provost of the University of Oklahoma Health Sciences Center; CHRISTINA BENNETT, individually, and in her official capacity as former Director of the University of Oklahoma Master's in Health Administration Program; DAVID JOHNSON, individually, and in his official capacity as Associate Dean for Academic Affairs of the University of Oklahoma College of Public Health; and EDWIN IBAY, in his official capacity as current Director of the University of Oklahoma Master's in Health Administration Program Director,<br><br>    *Defendants*. | Civil Action No.:  5:19-cv-00382-R |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Susan Rainwater and Defendants, The State of Oklahoma *ex rel.* The Board of Regents of the University of Oklahoma, Jason Sanders, Christina Bennett, David Johnson and Edwin Ibay (collectively "Defendants") hereby submit the following Joint Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

The above-named Plaintiff and Defendants, by and through their attorneys of record, hereby respectfully inform the Court that this matter has been resolved between them, and that the above-named Plaintiff and Defendants hereby pray that all causes of action brought against Defendants herein be dismissed, with each party bearing that party's own attorney's fees and costs.

WHEREFORE, the Plaintiff and Defendants jointly request that this Court enter the attached Order of Dismissal, dismissing all of Plaintiff's claims and causes of action against the Defendants in the above-captioned proceeding, with all attorney's fees, taxable costs and expenses be borne by the party incurring same.

Respectfully Submitted,

| **THE BACH LAW FIRM, LLC** | **UNIVERSITY OF OKLAHOMA** |
|---|---|
| */s/ Jason J. Bach* | */s/ Lexie P. Norwood* |
| Jason J. Bach | Lexie P. Norwood, OBA #31414 |
| (Admitted *Pro Hac Vice*) | University of Oklahoma |
| 7881 West Charleston Blvd., Suite 165 | Office of Legal Counsel |
| Las Vegas, Nevada 89117 | 660 Parrington Oval, Suite 213 |
| Telephone: (702) 925-8787 | Norman, Oklahoma 73019 |
| Facsimile: (702) 925-8788 | Telephone: (405) 325-4124 |
| Email: jbach@bachlawfirm.com | Facsimile: (405) 325-7681 |
| And | Email: Lexie.norwood@ou.edu |
| R. JACK FREEMAN, OBA #3128 | *Attorney for Defendants* |
| **LEVINSON LAW, PC** | |
| 1743 East 71st Street | |
| Tulsa, Oklahoma 74136 | |
| Telephone: (918) 492-4433 | |
| Facsimile: (918) 492-6224 | |
| Email: jack@ish-law-firm.com | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Lexie P. Norwood
Heidi J. Long
Gary Stephen Martin
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Lexie.norwood@ou.edu
hlong@ou.edu
smartin@ou.edu
*Attorneys for Defendants*

                                               */s/ Jason J. Bach*
                                               Jason J. Bach